UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIA LUPERCIO,<br><br>                Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES LLC, a foreign limited liability company,<br><br>                Defendant. | No.   1:14-CV-3065-SMJ<br><br>**ORDER DISMISSING CASE** |

On November 5, 2015, the parties filed a stipulated dismissal, ECF No. 40, under Federal Rule of Civil Procedure 41(a).

//

//

//

//

//

//

//

//

ORDER **-** 1

**Accordingly, IT IS HEREBY ORDERED:**

1. The parties' Stipulated Dismissal, **ECF No. 40**, is **GRANTED.**

2. All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

3. All pending motions are **DENIED AS MOOT.**

4. All hearings and other deadlines are **STRICKEN.**

5. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 12th day of November 2015.

_____
SALVADOR MENDOZA, JR.
United States District Judge